# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:06-cr-00083-LRH-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| v. | ) | |
| | ) | |
| THOMAS R. DICKINSON, | ) | January 27, 2014 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the Government's Motion for Extension of Time Pursuant to Local Rule 45-1 (#48)[1] whereby the Government requests an additional fifteen (15) days to file their response to Defendant's Motion for an Order Discharging Term of Supervised Release as Served (#41). Good cause appearing,

The Government's Motion for Extension of Time Pursuant to Local Rule 45-1 (#48) is **GRANTED**.   The Government shall have until Monday, February 3, 2014, by which to file and serve its response to Defendant's Motion #42.

IT IS FURTHER ORDERED that a report and recommendation to the court is requested from the Probation Office, as well as a copy of the presentence report relative to the underlying conviction.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: _____ /s/ _____
                 Deputy Clerk

_____

[1]Refers to court's docket number.