UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:06-CR-00083-LRH-VPC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| THOMAS R. DICKINSON, | |
| | March 14, 2014 |
| Defendant. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is defendant Dickinson's Motion to Receive a Docket Sheet in the Above Entitled Case (#44)[1].  Also before the court is Defendant's Motion for Order to Show Cause (#53) and the Government's response thereto (#54). Good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to Receive a Docket Sheet in the Above Entitled Case (#44) is GRANTED.  The Clerk of the Court shall mail defendant a copy of the docket sheet in this matter.

IT IS FURTHER ORDERED that Defendant's Motion for Order to Show Cause (#53) is DENIED as moot given the Government's Opposition (#50) filed on January 25, 2014, and the court's Order (#52) entered February 20, 2014.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:           /s/
                    Deputy Clerk

---

[1] Refers to court's docket number.